UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF TERRY BEDFORD CONCRETE CONSTRUCTION, INC., | Case No. 1:23-cv-00130-CDB |
| Plaintiff, | ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE DATES |
| v. | |
| ARGONAUT INSURANCE COMPANY, | |
| Defendant. | |
| ARGONAUT INSURANCE COMPANY, | |
| Cross-Claimant, | |
| v. | |
| THE UNITED STATES OF AMERICA FOR THE USE OF TERRY BEDFORD CONCRETE CONSTRUCTION, INC., *et al*. | |
| Cross-Defendants. | |

On January 25, 2023, Plaintiff the United States of America for the use of Terry Bedford Concrete Construction, Inc. ("Plaintiff") filed a complaint against Defendant Argonaut Insurance Company ("Defendant"). (Doc. 1) On March 8, 2023, Defendant filed an answer and cross-claim in

interpleader complaint against Plaintiff, Marina Landscape, Inc., Armadillo Concrete Resurfacing, RMA Geo Science, Inc., Marz Remodeling, and 7J Construction Solutions, Inc.  (Doc. 11).

Pending before the Court is the parties' stipulation to continue deadlines to file Rule 26(f) Report and Mandatory Scheduling Conference. (Doc. 31).  In the stipulation, Marina Landscape, Inc. represents that its primary point contact for securing documents and information for this litigation is unavailable due to a family situation.  *Id.*  Accordingly, in light of the parties' stipulation, and for good cause shown, it is HEREBY ORDERED:

1. The parties shall file their joint Rule 26(f) Report on or before July 20, 2023; and

2. The Mandatory Scheduling Conference set for June 27, 2023, at 10:00 AM, is continued to July 27, 2023, at 10:00 AM before Magistrate Judge Christopher D. Baker.  The parties shall appear at the conference remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy Clerk prior to the conference.

IT IS SO ORDERED.

Dated:   **June 15, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2