# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF TERRY BEDFORD CONCRETE CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARGONAUT INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:23-cv-00130-JLT-CDB <br><br> ORDER ON STIPULATION FOR DISBURSEMENT OF FUNDS DEPOSITED IN INTERPLEADER <br><br> (Doc. 57) |
| ARGONAUT INSURANCE COMPANY, <br><br> Cross Claimant, <br><br> v. <br><br> UNITED STATES OF AMERICA FOR THE USE OF TERRY BEDFORD CONCRETE CONSTRUCTION, INC, *et al*. <br><br> Cross Defendants. | |

On February 9, 2024, this Court issued an order adopting the assigned magistrate judge's amended findings and recommendations granting Argonaut Insurance Company's ("Argonaut") stipulated request for discharge and dismissal. (Doc. 59.) Pending before the Court is Plaintiff and Cross-Defendants in Interpleader the United States of America for the use of Terry Bedford Concrete Construction, Inc. ("TBCCI"), Marina Landscape, Inc. ("Marina"), Armadillo Concrete Resurfacing

1

("Armadillo"), and Marz Remodeling's ("Marz") (hereinafter collectively the "Parties") stipulation for the disbursement of funds deposited in interpleader filed on January 26, 2024. (Doc. 57.) Given the foregoing, and having reviewed the Parties' stipulation, IT IS HEREBY ORDERED:

1. The funds deposited with the Court totaling $218,438.98[1], plus all accrued interest, shall be disbursed by the Clerk of the Court as follows:

    a. TBCCI shall be issued payment by the Clerk of the Court in the amount of $24,250.70, as full compensation for all its claims against the Miller Act Payment Bond.

    b. Marina shall be issued payment by the Clerk of the Court in the amount of $38,278.26, as full compensation for all its claims against the Miller Act Payment Bond.

    c. Armadillo shall be issued payment by the Clerk of the Court in the amount of $71,885.80 as full compensation for all its claims against the Miller Act Payment Bond.

    d. Marz shall be issued payment by the Clerk of the Court in the amount of $84,024.22 as full compensation for all its claims against the Miller Act Payment Bond.

    e. Any accrued interest shall be disbursed to Cross-Defendants pursuant to their pro rata share thereof.

2. The Court shall retain jurisdiction over the action to the extent necessary to enforce the Parties' stipulation and this order.

3. Within five (5) days of the Clerk of the Court's disbursement of all funds deposited in interpleader, the Parties SHALL FILE dispositional documents pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

Dated:   **February 14, 2024**                            _Jennifer L. Thurston_
                                                          UNITED STATES DISTRICT JUDGE

---

[1] On February 9, 2024, the Court granted Argonaut's request for costs and reasonable attorney fees in the amount of three thousand dollars ($3,000). (Doc. 59 at 3.)