UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF TERRY BEDFORD CONCRETE CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARGONAUT INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:23-cv-00130-JLT-CDB<br><br>ORDER DIRECTING PARTIES TO COMPLY WITH FILING REQUIREMENT<br><br>(Doc. 60) |
| ARGONAUT INSURANCE COMPANY,<br><br>Cross Claimant,<br><br>v.<br><br>UNITED STATES OF AMERICA FOR THE USE OF TERRY BEDFORD CONCRETE CONSTRUCTION, INC, *et al*.,<br><br>Cross Defendants. | |

On February 21, 2024, the Court granted the parties' stipulated request for the disbursement of funds deposited in interpleader. (Doc. 60). In its order, the Court directed the parties to file dispositional documents pursuant to Fed. R. Civ. P. 41(a)(1), within five (5) days of the disbursement of the interpleader funds. *Id*. at 2.

1

1    On March 19, 2024, the interpleader disbursement was completed. (Doc. 61). However, the parties have not filed dispositional documents and the time to do so has passed.

   Accordingly, IT IS HEREBY ORDERED, the parties shall file dispositional documents pursuant to Fed. R. Civ. P. 41(a)(1) within three (3) days of entry this order.

   **Failure to timely comply with this order will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **May 6, 2024**                           _____
                                                                    UNITED STATES MAGISTRATE JUDGE

2